# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

ILENE GOLDSTEIN,      )
             )
    Plaintiff,     )
             )
v.            )    No.: 3:15-CV-488-TAV-HBG
             )
PAS-COY, LLC,      )
             )
    Defendant.   )

## ORDER

This civil matter is before the Court on the Report and Recommendation entered by United States Magistrate H. Bruce Guyton, on April 13, 2016 (the "R&R") [Doc. 7]. In the R&R, Magistrate Judge Guyton recommends that defendant's Motion to Stay and Compel Arbitration [Doc. 5] be granted. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 7]. The Court hereby **GRANTS** defendant's Motion to Stay and Compel Arbitration [Doc. 5] and this action is hereby **STAYED** pending completion of the arbitration process. The parties are **ORDERED** to file a status report every **sixty (60) days** after entry of this order.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE